# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

XUE BAO CHEN,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-02162-JAD-NJK

**ORDER**

    Petitioner, now represented by counsel, has submitted an unopposed motion for an enlargement of time (first request) (Dkt. #61). The court grants this motion.

    After the court appointed counsel, petitioner submitted a proper-person motion for a writ of error coram nobis (Dkt. #46) and a motion of complaint (Dkt. #54) about the immigration court system. The court denies these proper-person motions without prejudice and without any comment on their validity because petitioner is represented by counsel. Petitioner needs to submit his requests to this court through his appointed counsel.

    **IT IS THEREFORE ORDERED** that petitioner's unopposed motion for an enlargement of time (first request) (Dkt. #61) is **GRANTED**. Petitioner shall have through May 8, 2014, to file an amended petition for a writ of habeas corpus.

///

///

///

///

-2-

**IT IS FURTHER ORDERED** that petitioner's motion for a writ of error coram nobis (Dkt. #46) and motion of complaint (Dkt. #54) are **DENIED** without prejudice.

Dated: February 7, 2014.

_____
JENNIFER A. DORSEY
United States District Judge