# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

XUE BAO CHEN,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-02162-JAD-NJK

**ORDER**

    Petitioner has filed a first amended petition (#71). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    IT IS THEREFORE ORDERED that respondents shall have 45 days from the date of entry of this order to answer or otherwise respond to the amended petition (#71). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have 45 days from the date on which the answer is served to file a reply.

    DATED: October 22, 2014

    _____
    JENNIFER A. DORSEY
    United States District Judge