# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

XUE BAO CHEN,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-02162-JAD-NJK

**ORDER**

    Respondents having submitted an unopposed motion for enlargement of time (first request) (#74), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' unopposed motion for enlargement of time (first request) (#74) is **GRANTED**.  Respondents shall have through January 22, 2015, to file and serve an answer or other response to the first amended petition (#71).

    Dated: December 19 2014.

_____
United States District Judge