# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

XUE BAO CHEN,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-02162-JAD-NJK

**ORDER**

    Petitioner having filed an unopposed motion for an enlargement of time in which to file a reply to answer (first request) (#81), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a reply to answer (first request) (#81) is **GRANTED**. Petitioner shall have through May 11, 2015, to file a reply to the answer (#77).

    DATED: March 17, 2015.

_____
JENNIFER A. DORSEY
United States District Judge