# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| XUE BAO CHEN,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN NEVEN, et al.,<br><br>    Respondents. | Case No. 2:12-cv-02162-JAD-NJK<br><br>**ORDER** |

Petitioner having filed an unopposed motion for an enlargement of time in which to file a reply to answer (second request) (#83), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file a reply to answer (second request) (#83) is **GRANTED**. Petitioner shall have through July 14, 2015, to file a reply to the answer (#77).

DATED: May 19, 2015.

_____
JENNIFER A. DORSEY
United States District Judge